PETER A. LINDH (061907)
JOSHUA E. KIRSCH (179110)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Petitioners
RAMIREZ DEVELOPERS, INC. dba PACIFIC CEMENT and
RICARDO RAMIREZ, dba PACIFIC TRANSPORT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In The Matter Of the Complaint of RAMIREZ DEVELOPERS, INC. dba PACIFIC CEMENT and RICARDO RAMIREZ, dba PACIFIC TRANSPORT, as owners of the CATIVO, for exoneration from or limitation of liability | Case No. C 04-0948 SC<br>**[E-FILING]**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned case be and hereby is dismissed pursuant to FRCP 41(a)(1).

Dated: April 28, 2005     GIBSON ROBB & LINDH LLP

By   S/ JOSHUA E. KIRSCH
     Joshua E. Kirsch
     Attorneys for Petitioners
     RAMIREZ DEVELOPERS, INC. dba
     PACIFIC CEMENT and
     RICARDO RAMIREZ, dba PACIFIC
     TRANSPORT

Dated: April 28, 2005     LAW OFFICES OF ALLEN H. FLEISHMAN

By   S/ ALLEN FLEISHMAN
     Allen Fleishman,
     Attorneys for Claimants,
     ARTURO SALAZAR and
     ALEJANDRA SALAZAR

IT IS SO ORDERED.

Dated: 5/10/05                   /s/ Samuel Conti
                                 JUDGE OF THE US DISTRICT COURT

STIPULATION OF DISMISSAL
Case No. C 04-0948 SC; Our File No. 8000.72